## Louis BOLES v. STATE. (No. 11955.)

Court of Criminal Appeals of Texas. June 28, 1928.

Appeal from District Court, Franklin County; R. T. Wilkinson, Judge.

M. D. Carlock, of Winnsboro, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of two years.

Because of the death of the appellant, as shown by an affidavit duly filed, the appeal is abated.